UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
MAR 22 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| vs. | § | DR-20-CR-01699(01) |
| | § | |
| KEVIN EDUARDO CAVAZOS | § | |
| | § | |

### ORDER GRANTING REQUEST FOR JUVENILE RECORDS

Before the Court is the request of the United States Probation Officer for the juvenile records of the defendant Kevin Eduardo Cavazos. After reviewing the request, the Court finds that same should be granted. It is, therefore,

**ORDERED** that the County and District Clerk's Office, County Juvenile Probation Department, County Sheriff's Department and the Police Department release to the United States Probation Office for the Western District of Texas, any and all records pertaining to the above-named defendant for use by the United States Probation Office and the United States District Court in all matters related to the above-named defendant.

**SO ORDERED** this 22nd day of March, 2021.

_____
Alia Moses
United States District Judge